Kathy Juanita Reaves
906 North Smith Street
Mullins, South Carolina 29574
Kathyreaves@gmail.com

August 6, 2022

United States District Court
Eastern District of North Carolina
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611-5670

Re: Violation of Title VII of the Civil Rights Act of 1964

Dear Ms. Collins:

Attached for filing and statutory review is a Title VII Civil Rights Act of 1964 discrimination action.

Thank you.

*[signature]*
Kathy Reaves
404.662.7816

Cc: Original Complaint
    Title Cover Sheet
    Form to Proceed IFP