UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY JUANITA REAVES ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 7:22-CV-39-FL |
| PUBLIC SCHOOLS OF ROBESON ) | |
| COUNTY et al ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 26, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on January 26, 2023, and Copies To:**
Kathy Juanita Reaves (via US mail) 906 North Smith Street, Mullins, SC 29574

January 26, 2023                    PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk